**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**HALEY GALBREATH**                                                                          **PETITIONER**

**VS.**                                    **NO. 4:22-CV-00284-BRW-ERE**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 8th day of August, 2022.


_____BILLY ROY WILSON_____
UNITED STATES DISTRICT JUDGE